CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

January 17, 2025

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHARLES DEREK BELL,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:24cv00625** |
| | ) | |
| **v.** | ) | **OPINION and ORDER** |
| | ) | |
| **JACOB E. FRYE, et al.,** | ) | **By: Robert S. Ballou** |
| **Defendant.** | ) | **United States District Judge** |

Plaintiff, proceeding *pro se*, filed a civil rights complaint in this matter, pursuant to 42 U.S.C. § 1983. By order entered September 12, 2024 (ECF No. 3, ¶ 6) and order entered October 2, 2024 (ECF No. 7, ¶ 6), the court directed the plaintiff to notify the court in writing immediately upon plaintiff's transfer or release and provide a new address. Plaintiff was advised that failure to comply would result in dismissal of this action without prejudice.

On January 13, 2025, mail from the court to the plaintiff was returned as undeliverable, indicating that no forwarding address was available. The Virginia online case information system indicated that plaintiff was released on bond. To date, plaintiff has not advised the court of a new address.

Accordingly, it is hereby **ORDERED** that this action is **DISMISSED without prejudice**, and the action is **STRICKEN** from the active docket of the court. The Clerk is directed to send a copy of this opinion and order to the plaintiff.

Enter: January 16, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge